# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| | ) |
| BLACKJEWEL, L.L.C., *et al.* [1] | ) Case No. 19-30289 |
| | ) |
| Debtors, | ) (Jointly Administered) |
| | ) |
| | ) |
| THE BLACKJEWEL LIQUIDATION | ) |
| TRUST, | ) Chapter 11 |
| | ) |
| Plaintiff | ) Adversary Proceeding No. 21-03004 |
| vs. | ) |
| | ) |
| GENESIS TRUCKING, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## STIPULATION OF DISMISSAL

Plaintiff The Blackjewel Liquidation Trust and Defendant Genesis Trucking, LLC, pursuant to Fed. R. Civ. P. 41, as made applicable by Fed. R. Bankr. P. 7041, hereby stipulate and agree, by and through their undersigned counsel, that this action is dismissed with prejudice to refiling, and with each party to pay its own costs and fees.

DATED: April 11, 2022                    **SUPPLE LAW OFFICE, PLLC**

                                         Joe M. Supple, Bar. No. 8013
                                         801 Viand St.
                                         Point Pleasant, WV 25550
                                         Telephone: 304.675.6249

---

[1] The former Debtors in these chapter 11 cases and the last four digits of each former Debtor's former taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213).

1

Facsimile: 304.675.4372
joe.supple@supplelaw.net

– and –

**SQUIRE PATTON BOGGS (US) LLP**

/s/ *Scott A. Kane*
Stephen D. Lerner (admitted *pro hac vice*)
Travis A. McRoberts (admitted *pro hac vice*)
Scott A. Kane (admitted *pro hac vice*)
John A. Tancabel (admitted *pro hac vice*)
Jennifer L. Dollard-Smith (admitted *pro hac vice*)

201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
travis.mcroberts@squirepb.com
scott.kane@squirepb.com
john.tancabel@squirepb.com
jennifer.dollard-smith@squirepb.com

*Co-Counsel to the Plaintiff*

**MCGUIREWOODS LLP**

/s/ *A. Wolfgang McGavran*
K. Elizabeth Sieg (admitted *pro hac vice*)
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
E-mail: bsieg@mcguirewoods.com

Mark E. Freedlander (admitted *pro hac vice*)
Frank Guadagnino (admitted *pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
Telephone: (412) 667-6000
E-mail: mfreedlander@mcguirewoods.com

A. Wolfgang McGavran (admitted *pro hac vice*)

888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: (202) 857-2471
E-mail: wmcgavran@mcguirewoods.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that the foregoing **Stipulation of Dismissal** was filed and served upon counsel for Defendant via electronic mail this 11th day of April, 2022.

                                                   */s/ Scott A. Kane*
                                                   Scott A. Kane